UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60824-CIV-DAMIAN

**BELLA CUBILLO**,

       Petitioner,

v.

**WARDEN**, *Broward Transitional Center*, *et al.*,

       Respondents.

_____/

**ORDER OF DISMISSAL**

**THIS CAUSE** is before the Court on the Joint Status Report ("Report") [ECF No. 8], filed on May 7, 2026. In the Report, the parties indicate that on April 28, 2026, a bond hearing was conducted and that Petitioner was granted a bond of $7,500.00 and has been released on said bond. *See generally* Rpt. In light of this fact, it appears that the issue upon which the initial Petition for Writ of *Habeas Corpus* [ECF No. 1] was predicated has been resolved, and no further matters relating to the Petition remain for this Court's review and adjudication. In light of the foregoing, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED**.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 11th day of May, 2026.

                                  _____

                                  **MELISSA DAMIAN**
                                  **UNITED STATES DISTRICT JUDGE**

cc:     Counsel of record